**Tinna Phillipe ALAZIZ, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–73720.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 3, 2013.

Filed June 12, 2013.

Tinna Phillipe Alaziz, El Cajon, CA, pro se.

Raya Thomas, Law Office of Raya Thomas, El Cajon, CA, for Petitioner.

Donald Anthony Couvillon, Esquire, OIL, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: KOZINSKI, Chief Judge, GOULD and N.R. SMITH, Circuit Judges.

### MEMORANDUM *

The BIA considered Alaziz's explanation that her mother was the head of the household, but found it insufficient. The IJ weighed all relevant positive factors, including Alaziz's family ties to the United States and her educational background, but found that they weren't enough. Further, the grant of withholding nullifies any danger of future persecution. *Kalubi v. Ashcroft,* 364 F.3d 1134, 1141 (9th Cir. 2004).

### PETITION DENIED.

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.